IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| CRYSTAL MUNCY and BRANDIE MUNCY,  )<br>               Plaintiff(s),  )<br>                                 )<br>vs.  )    Case No.  CIV-16-426-RAW<br>                                 )<br>LONGHAUL TRUCKING, INC. and  )<br>WILLIAM WALTER BROWN,  )<br>               Defendant(s).  ) | |

**JUDGMENT DISMISSING ACTION
BY REASON OF SETTLEMENT**

The Court has been advised by counsel that this action has been settled, or is in the process of being settled.  Therefore, it is not necessary that the action remain upon the calendar of the Court.

**IT IS ORDERED** that the action is dismissed without prejudice. The Court retains complete jurisdiction to vacate this order and to reopen the action upon cause shown that settlement has not been completed and further litigation is necessary.

**IT IS FURTHER ORDERED** that the clerk forthwith  serve copies of this judgment upon the attorneys for the parties appearing in this action.

**DATED** this 25th day of August, 2017.

Ronald A. White
United States District Judge
Eastern District of Oklahoma